Priority —
Send —
Enter —
Closed —
JS-5/JS-6 ✓
JS-2/JS-3 ✓
Scan Only ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SCHWARZ,

    Petitioner,

vs.

JOHN MARSHALL, Warden,

    Respondent.

Case No. CV 10-8626-RGK (DTB)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 05·21·2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1