JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHWARZ,<br><br>      Petitioner,<br>  vs.<br><br>JOHN MARSHALL, Warden,<br><br>      Respondent. | Case No.  CV 10-8626-RGK (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 21, 2012

_(signature)_

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1